IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BARRY SCHUMAN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 cv 1827 |
| | ) | |
| vs. | ) | The Honorable Nordberg |
| | ) | |
| LAW OFFICES OF DONALD S. BURAK, ESQ., LLC., | ) ) | The Honorable Magistrate Cox |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

**TO:   Larry P. Smith**
**Larry P. Smith & Associates, Ltd.**
**205 North Michigan Avenue, 40th Floor**
**Chicago, IL  60601**

PLEASE TAKE NOTICE THAT on the 24th day of April 2008**,** Defendant, LAW OFFICES OF DONALD S. BURAK, ESQ., LLC'S Appearance, was filed with the United States District Court for the Northern District of Illinois, Eastern Division.

By:   /s/Natacha D. von Will
Segal McCambridge Singer & Mahoney
Brian Eldridge (ARDC No. 06281336)
Anastasios T. Foukas (ARDC No. 06281404)
Natacha D. von Will (ARDC No. 6284196)
Sears Tower
233 S. Wacker Drive, Suite 5500
Chicago, Illinois 60606
(312) 645-7800