Firm ID. 13681                    4015.102                    BHE/ATF

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| BARRY SCHUMAN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 cv 1827 |
| | ) | |
| vs. | ) | The Honorable Nordberg |
| | ) | |
| LAW OFFICES OF DONALD S. BURAK, ESQ., LLC., | ) | The Honorable Magistrate Cox |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

TO:   Larry P. Smith
      Larry P. Smith & Associates, Ltd.
      205 N. Michigan Ave., 40th Floor
      Chicago, IL  60601

PLEASE TAKE NOTICE THAT on the 30th day of May 2008, Defendant, LAW OFFICES OF DONALD S. BURAK, ESQ., LLC's Answer, was filed with the United States District Court for the Northern District of Illinois, Eastern Division.

                    By:   /s/Anastasios T. Foukas
                          Segal McCambridge Singer & Mahoney
                          Brian Eldridge (ARDC No. 06281336)
                          Anastasios T. Foukas (ARDC No. 06281404)
                          Sears Tower
                          233 S. Wacker Drive, Suite 5500
                          Chicago, Illinois 60606
                          (312) 645-7800

## PROOF OF SERVICE

    I, the undersigned, being first duly sworn on oath, depose and state that a copy(ies) of the Answer to Plaintiff's Complaint was served upon counsel of record via Court's electronic filing system and via regular U.S. Mail on this 30th day of May, 2008.

                        BY:    /s/ Anastasios T. Foukas
                                      One of the Attorneys for
                                      **Law Offices of Donald S. Burak, Esq., LLC.**
                                        .

Dated: May 30, 2008