**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BARRY SCHUMAN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 cv 1827 |
| | ) | |
| vs. | ) | The Honorable Nordberg |
| | ) | |
| LAW OFFICES OF DONALD S. BURAK, ESQ., LLC., | ) | The Honorable Magistrate Cox |
| | ) | |
| Defendant. | ) | |

WHEREAS all matters in dispute between the parties have been compromised and settled:

IT IS HEREBY STIPULATED AND AGREED by and between the parties that this cause may and shall be dismissed with prejudice and without costs to either party.

IT IS FURTHER STIPULATED AND AGREED that an order pursuant to the foregoing may be entered without further notice to either party, upon the presentation of this stipulation.

**IT IS SO STIPULATED.**

**LARRY P. SMITH & ASSOCIATES**          **SEGAL, McCAMBRIDGE, SINGER & MAHONEY, LTD.**

/s/ Larry P. Smith_____          /s/ Brian H. Eldridge_____
*Attorneys for Plaintiff*                          *Attorneys for Defendant*
Barry Schuman                                   Law Offices of Donald S. Burak, Esq., LLC.


Segal McCambridge Singer & Mahoney, Ltd.
Brian Eldridge, Esq. (beldridge@smsm.com)
Anastasios T. Foukas, Esq. (afoukas@smsm.com)
Sears Tower
233 S. Wacker Drive, Suite 5500
Chicago, Illinois 60606
Tel: (312) 645-7800
Fax: (312) 645-7711