Firm ID. 13681 4015.102 BHE/ATF

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| BARRY SCHUMAN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 cv 1827 |
| | ) | |
| vs. | ) | The Honorable Nordberg |
| | ) | |
| LAW OFFICES OF DONALD S. BURAK, ESQ., LLC., | ) | The Honorable Magistrate Cox |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO:  Larry P. Smith
　　　Larry P. Smith & Associates, Ltd.
　　　205 N. Michigan Ave., 40th Floor
　　　Chicago, IL  60601

PLEASE TAKE NOTICE THAT on the 26th day of June 2008, STIPULATION TO DISMISS, was filed with the United States District Court for the Northern District of Illinois, Eastern Division.

　　　　　　　　　　　　　　　　By:  /s/Brian H. Eldridge
　　　　　　　　　　　　　　　　　　Segal McCambridge Singer & Mahoney
　　　　　　　　　　　　　　　　　　Brian Eldridge (ARDC No. 06281336)
　　　　　　　　　　　　　　　　　　Anastasios T. Foukas (ARDC No. 06281404)
　　　　　　　　　　　　　　　　　　Sears Tower
　　　　　　　　　　　　　　　　　　233 S. Wacker Drive, Suite 5500
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　(312) 645-7800

## PROOF OF SERVICE

I, the undersigned, being first duly sworn on oath, depose and state that a copy(ies) of the Stipulation to Dismiss was served upon counsel of record via Court's electronic filing system and via regular U.S. Mail on this 26th day of June, 2008.

                        BY:    /s/ Brian H. Eldridge
                                One of the Attorneys for
                                **Law Offices of Donald S. Burak, Esq., LLC.**
                                .

Dated: June 26, 2008