## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

Barry Schuman

                  Plaintiff,

v.                                          Case No.: 1:08−cv−01827
                                                      Honorable John A. Nordberg

Law Offices of Donald S. Burak, Esq., LLC

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 17, 2008:

      MINUTE entry before the Honorable John A. Nordberg:IT IS HEREBY STIPULATED AND AGREED by and between the parties that this cause may and shall be dismissed with prejudice and without costs to either party. IT IS FURTHER STIPULATED AND AGREED that an order pursuant to the foregoing may be entered without further notice to either party, upon the presentation of this stipulation. Civil case terminated. Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.